**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DELBERT MAYO**                                                                   **PLAINTIFF**

**v.**                                          **NO. 4:07-CV-00529 GTE**

**HOUSING AUTHORITY OF THE
CITY OF NORTH LITTLE ROCK**                                     **DEFENDANT**

**JUDGMENT**

Pursuant to the Memorandum Opinion entered in this matter on this same date, it is Considered, Ordered, and Adjudged that the Complaint filed by the Plaintiff Delbert Mayo in this matter, be, and it is hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this __7th__ day of May, 2008.

                                                      /s/Garnett Thomas Eisele
                                                      UNITED STATES DISTRICT JUDGE